RICK A. YARNALL
CHAPTER 13 BANKRUPTCY TRUSTEE
701 Bridger Ave
Suite 820
Las Vegas, NV  89101
(702) 853-4500

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>ALICIA MARIE ALEXANDER<br><br><br>**Debtor** | CHAPTER 13<br>CASE NO: BKS-19-12961-ABL<br><br>**TRUSTEE'S DIRECTIVE** |

    This is an important directive from the Trustee requiring your immediate attention.  It must be read CAREFULLY, UNDERSTOOD AND COMPLIED WITH.  If you DO NOT UNDERSTAND your obligations hereunder, discuss this matter with your attorney.  Please be advised that a copy of this directive will be sent to your attorney.  You are required to provide to the Trustee the following:

**Debtor is to immediately turn over the balance of the non-exmept 2019 IRS refund totaling $5,134.00 to the Chapter 13 Trustee.**

    To date, the Trustee has not received the requested data.  It is necessary that you comply with the Trustee's request 21 days from the file stamped date of this directive.  YOUR ACTION WITHIN THE TIME STATED IS IMPERATIVE.

    The Bankruptcy Code (11 U.S.C. 521) (3) requires that you cooperate with the Trustee.  If you fail to comply with this directive or if you provide incomplete or inaccurate information, the Trustee will be required to petition the Court to have your case dismissed.

ALL CORRESPONDENCE MUST BE MAILED TO:    701 Bridger Ave
    Suite 820
    Las Vegas, NV  89101

| | | |
|---|---|---|
| 1 | ALL PAYMENTS MUST BE MAILED TO: | RICK A YARNALL, TRUSTEE |
| 2 | | P.O. Box 1482 |
| | | Memphis, TN 38101-1482 |

PAYMENTS MAY ALSO BE SENT THROUGH OUR ONLINE PAYMENT SYSTEM:

www.lasvegas13.com/epay.php

Dated: 6/29/2020

/s/ Rick A. Yarnall
Rick A. Yarnall
Chapter 13 Trustee

cc: Haines & Krieger Llc

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of RICK A. YARNALL, Chapter 13 Bankruptcy Trustee; that I am over the age of 18 years; and that on the 29th day of June, 2020, I provided a copy of the Trustee's Directive and Certificate of Service to each of the following by:

[ x ]  a.  **ECF System:**

   GEORGE HAINES     igotnotices@hainesandkrieger.com
   •CHRISTINE A ROBERTS    Christine@crobertslaw.net, Christine@crobertslaw.net; l
   •JEFFREY G. SLOANE    jeff@jsloanelaw.com, Kristi@jsloanelaw.com
   •ELIZABETH E. STEPHENS    stephens@sullivanhill.com, rudolph@sullivanhill.com
   dabbieri@sullivanhill.com; bkstaff@sullivanhill.com; stephens@ecf.courtdrive.com; H
   •RICK A. YARNALL    ecfmail@LasVegas13.com, ecfimport@lasvegas13.com

[ x ]  b.  **United States mail, postage fully prepaid:**

   ALICIA MARIE ALEXANDER
   3974 SPRUCE FERN LN.
   LAS VEGAS, NV  89115

[  ]  c.  **Personal Service:**
[  ]  d.  **By direct mail (as opposed to through the ECF System):**
[  ]  e.  **By fax transmission:**

                                       /s/ Leah Engel
                                       Leah Engel, an Employee of
                                       RICK A. YARNALL
                                       Chapter 13 Bankruptcy Trustee